UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Bky No. 09-37320

In re:

MHF of Freeborn County, Inc.
                Debtor.

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), and Local Rules 2002-5 and 9013-3, the undersigned hereby notes his appearance on behalf of Farmers State Bank of Hartland and requests that a copy of all notices given and all papers (including pleadings, motion, applications, orders and reports) served or filed in this case be served upon the undersigned at the office address and facsimile number set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: October 19, 2009

                                            /e/ Michael S. Dove
                                         Michael S. Dove   #214310
                                         GISLASON & HUNTER LLP
                                         Attorneys for Farmers State Bank of Hartland
                                         2700 South Broadway
                                         P. O. Box 458
                                         New Ulm, MN  56073-0458
                                         Phone:  507-354-3111
                                         Fax:  507-354-8447

722126.1